1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY O. Brown DEPUTY

8   UNITED STATES DISTRICT COURT
9   CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            Case No.: ED12-192M
11              Plaintiff,
                                         ORDER OF DETENTION PENDING
12         v.                            FURTHER REVOCATION
                                         PROCEEDINGS
13                                       (FED. R. CRIM. P. 32.1(a)(6); 18
    Victor Manuel Bojorquez-Alvarez      U.S.C. § 3143(a)(1))
14
                Defendant.
15

16      The defendant having been arrested in this District pursuant to a warrant
17  issued by the United States District Court for the _____ District of
18  Nevada for alleged violation(s) of the terms and conditions of probation
19  or supervised release; and
20      Having conducted a detention hearing pursuant to Federal Rule of Criminal
21  Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:
22  A. (X)  The defendant has not met his/her burden of establishing by clear and
23          convincing evidence that he/she is not likely to flee if released under 18
24          U.S.C. § 3142(b) or (c). This finding is based on the following:
25          - Supervised release petition
26          - pretrial services report
27          - defendant's non objection
28

1

1        and/or

2   B. (✓)   The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the
4            safety of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c). This finding is based on the following:
6            — supervised release petition
7            — pretrial services report
8            — defendant's nonobjection
9

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

14   Dated: May 29, 2012

                                              HONORABLE SHERI PYM
                                              United States Magistrate Judge